FILED

MJ 23-04399
2023 AUG 28  AM 9: 23

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CD

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| JAMES KELP BROWN | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: INDICMENT

in the Western District of TEXAS on 08/25/2023

at 1000 [x] a.m. / ☐ p.m.  The offense was allegedly committed on or about _____

in violation of Title 18 U.S.C., Section(s) 3583

to wit: VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

A warrant for defendant's arrest was issued by: Philip J Devlin

Bond of $ 0 _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 8/28/2023 _____
                              Date

_____
Signature of Agent

_____
USMS
Agency

Jordan Nguyen
Print Name of Agent

DUSM
Title