AO 442 (Rev. 12/85) Warrant for Arrest

FILED

# United States District Court

**WESTERN DISTRICT OF TEXAS**

2023 AUG 28 AM 9:23

Received El Paso
JUN 30 2023
USMS W/TX

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

**JAMES KELP BROWN**
TN: James Kelp Edward Brown

CASE NUMBER: EP-12-CR-01410-DB(1)

**MJ 23-04399**

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____**James Kelp Brown**____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [X] TSR Violation Petition
charging him/her with

## VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of Title ___18___ United States Code, Section(s) ___3583___

| Philip J. Devlin | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | June 29, 2023      El Paso, TX |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ to be determined | by Philip J. Devlin |
| | Name of Judicial Officer |

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |